FILED: March 1, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1264

(1:11-cv-00129-CCE-PTS)

_____

**JIHUI ZHANG**

        Plaintiff - Appellant

v.

FEDERATION OF STATE MEDICAL BOARDS; NATIONAL BOARD OF MEDICAL EXAMINERS; PROMETRIC

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Court Case Number | 1:11-cv-00129-CCE-PTS |
| Date notice of appeal filed in originating court | 02/27/2012 |
| Appellant(s) | Jihui Zhang |
| Appellate Case Number | 12-1264 |
| Case Manager | Donna Lett<br>804-916-2704 |