**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 1, 2012

_____

RECORD REQUEST

_____

No.   12-1264,      <u>Jihui Zhang v. Federation of State Medical</u>
                    1:11-cv-00129-CCE-PTS


TO:   John S. Brubaker

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

Donna Lett, Deputy Clerk
804-916-2704