

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

FILED
MAR 13 2012
U.S. Court of Appeals
Fourth Circuit

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of all parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. 12-1264           Caption: Jihui Zhang v. Federation of State Medical Boards (FSMB), et al.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Jihui Zhang, pro se plaintiff
(name of party/amicus)

who is _____an appellant_____, makes the following disclosure:
     (appellant/appellee/amicus)

1.  Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2.  Does party/amicus have any parent corporations?     ☐ YES ☑ NO
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?      ☐ YES ☑ NO
    If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
**************************

I certify that on ___March 09, 2012___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jonathan Arthur Berkelhammer
SMITH MOORE LEATHERWOOD, LLP
Wells Fargo Tower
300 North Greene Street, Suite 1400
Greensboro, NC 27410

Reid Lloyd Phillips and Benjamin R. Norman
BROOKS, PIERCE, MCLENDON, HUMPHREY
& LEONARD, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401

_____                    ___March 09, 2012___
(signature)                                          (date)

11/17/2011
SCC