UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Only one form needs to be completed for a party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case. Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements. Counsel has a continuing duty to update this information.

No. <u>12-1264</u>    Caption: <u>Jihui Zhang v. Federation of State Medical; 1:11-cv-00129-CCE-PTS</u>

Pursuant to FRAP 26.1 and Local Rule 26.1,

<u>Prometric Inc.</u>
(name of party/amicus)

who is <u>appellee</u>, makes the following disclosure:
       (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Prometric Inc. is a wholly owned subsidiary of Prometric Holdings Inc. Prometric Holdings Inc. is in turn a wholly owned for profit subsidiary of Educational Testing Service.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:

- 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

## CERTIFICATE OF SERVICE
*************************

I certify that on __March 14, 2012__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jihui Zhang
102 Rowe Road
Chapel Hill, North Carolina  27516

Plaintiff/Appellant

| /s/ Benjamin R. Norman | March 14, 2012 |
|---|---|
| (signature) | (date) |

- 2 -

11/17/2011
SCC