IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No: 12-1264

| | |
|---|---|
| JIHUI ZHANG, ) | |
| ) | |
|     Plaintiff/Appellant, ) | |
| ) | |
| v. ) | **APPELLEE PROMETRIC INC.'S** |
| ) | **INFORMAL BRIEF** |
| FEDERATION OF STATE MEDICAL ) | |
| BOARDS, NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, and ) | |
| PROMETRIC, ) | |
| ) | |
|     Defendants/Appellees. ) | |

Appellee Prometric Inc. ("Prometric"), through counsel and pursuant to Local Rule 34(b) submits the following Informal Brief in response to the informal brief filed by Appellant Jihui Zhang ("Appellant") in the above-captioned matter.

    **1.    Jurisdiction (for appellants/petitioners only)**

        A.    Name of court or agency from which review is sought:

        N/A

        B.    Date(s) of order or orders for which review is sought:

        N/A

    **2.    Timeliness of notice of appeal or petition for review (for prisoners only)**

>    Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:
>
>    N/A
>
> 3. **Issues for Review**
>
>    Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**

Appellant appears to challenge the February 6, 2012 Order granting Prometric's and the other appellees' motions to dismiss as well as the February 21, 2012 Order declaring that the February 6, 2012 Order and Judgment remain in effect by simply repeating and recasting the facts alleged in his Complaint. As explained in Prometric's Supplemental Memorandum to its Informal Brief, the District Court below properly granted Prometric's motion to dismiss because Appellant's allegations fail to state a claim upon which relief can be granted.

**Supporting Facts and Argument.**

See Supplemental Memorandum. Prometric also relies upon the facts and law stated in the December 29, 2011, Recommendation of the Magistrate Judge, the February 6, 2012 Order granting Prometric's and the other appellees' motions to dismiss, and the February 21, 2012 Order declaring that the February 6, 2012 Order and Judgment remain in effect.

**4. Relief Requested**

Identify the precise action you want the Court of Appeals to take:

Prometric respectfully requests that this Court affirm the February 6, 2012 Order of the District Court below granting Prometric's and the other appellees' motions to dismiss.

**5. Prior Appeals (for appellants/petitioners only)**

A.  Have you filed other appeals in this court? Yes [ ] No [ ].

    N/A

B.  If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

    N/A

WHEREFORE, for the reasons set forth herein and in Prometric Inc.'s Supplemental Memorandum to its Informal Brief, Prometric respectfully requests that this Court affirm the February 6, 2012 Order of the District Court below, which granted Prometric's and the other appellees' motions to dismiss.

This the 26th day of March, 2012.

/s/ Benjamin R. Norman  
Reid L. Phillips  
N.C. State Bar No. 7968  
rphillips@brookspierce.com  
Benjamin R. Norman  
N.C. State Bar No. 32852  
bnorman@brookspierce.com  
BROOKS, PIERCE, MCLENDON,  
  HUMPHREY & LEONARD, L.L.P  
Post Office Box 26000

3

```
                              Greensboro, NC  27420
                              Telephone: (336) 373-8850
                              Facsimile: (336) 378-1001

                              Attorneys for Appellee Prometric
                              Inc.
```

4

## CERTIFICATE OF SERVICE

     I certify that on March 26, 2012 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

                    Jihui Zhang
                    102 Rowe Road
                    Chapel Hill, NC 27516

                    *Plaintiff/Appellant*

This the 26th day of March, 2012.

                                      /s/ Benjamin R. Norman
                                      Benjamin R. Norman