FILED: June 25, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1264
(1:11-cv-00129-CCE-PTS)
_____

JIHUI ZHANG

     Plaintiff - Appellant

v.

FEDERATION OF STATE MEDICAL BOARDS; NATIONAL BOARD OF MEDICAL EXAMINERS; PROMETRIC

     Defendants - Appellees

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)
_____

     This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*