FILED:  July 16, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1264
(1:11-cv-00129-CCE-PTS)
_____

JIHUI ZHANG

Plaintiff - Appellant

v.

FEDERATION OF STATE MEDICAL BOARDS; NATIONAL BOARD OF
MEDICAL EXAMINERS; PROMETRIC

Defendants - Appellees

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Duncan and

Judge Diaz.

For the Court

/s/ Patricia S. Connor, Clerk