FILED: July 24, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1264
(1:11-cv-00129-CCE-PTS)
_____

JIHUI ZHANG

      Plaintiff - Appellant

v.

FEDERATION OF STATE MEDICAL BOARDS; NATIONAL BOARD OF MEDICAL EXAMINERS; PROMETRIC

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered June 5, 2012, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*