# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 9, 2012

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Jihui Zhang
            v. Federation of State Medical Boards, et al.
           No. 12-422
           (Your No. 12-1264)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 2, 2012 and placed on the docket October 9, 2012 as No. 12-422.

           Sincerely,

           **William K. Suter**, Clerk

           by

           Erik  Fossum
           Case Analyst